135 F.3d 765
 Arthur Mourad
v.
City of Union City, Official Capacity, Private Capacity,
Heidi Mirasola, Official Capacity, Private Capacity, Don
Michelson, Official Capacity, Private Capacity, John Doe #1,
Official Capacity, Private Capacity, John Doe #2, Official
Capacity, Private Capacity, Hudson County Collision, Inc.,
John Dow Tow Truck Driver
 NO. 97-5391
 United States Court of Appeals,
Third Circuit.
 Dec 16, 1997
 
 Appeal From: D.N.J. ,No.9605997 ,
 Politan, J.
 
 
 1
 Affirmed.